Margaret E. Bybee, Appellant, v. City of Collinsville, Charles Italiano, Trading as C. & F. Food Market et al., Appellees.

Term No. 47M8.

354

opinion filed September 22, 1947; released for publication October 22, 1947. Meyer & Meyer, for appellant; Pope & Driemeyer, for certain appellee; C. Terry Gueltig and Perry H. Hiles, for certain other appellees. Opinion by Justice Smith. Not to be published in full.